UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 04 B 32466
    JASON L WEST
    AMY C WEST                            CHAPTER 13

                                          JUDGE: BRUCE W BLACK
          Debtor
    SSN XXX-XX-3589    SSN XXX-XX-5878
```

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 09/01/04 and confirmed on 11/05/04.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  38440.00 .

   4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITIMORTGAGE INC | CURRENT MORTG | .00 | .00 | .00 |
| CITIMORTGAGE INC | MORTGAGE ARRE | 13573.28 | .00 | 13573.28 |
| CITIFINANCIAL | SECURED VEHIC | 2000.00 | 263.94 | 2000.00 |
| NATIONAL CAPITAL MGMT LL | SECURED | .00 | .00 | .00 |
| NATIONAL CAPITAL MGMT LL | MORTGAGE ARRE | 1325.00 | .00 | 1325.00 |
| PLANTERS CREDIT UNION | SECURED VEHIC | 7590.00 | 1000.62 | 7590.00 |
| WACHOVIA DEALER SERVICES | SECURED VEHIC | 5700.00 | 751.41 | 5700.00 |
| NCM TRUST | UNSECURED | 4692.36 | .00 | 469.24 |
| ALLIED INTERSTATE | UNSECURED | NOT FILED | .00 | .00 |
| CARS COLLISION | UNSECURED | NOT FILED | .00 | .00 |
| COMPUTER CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT COLLECTION SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| DENNIS A BREBNER & ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | NOT FILED | .00 | .00 |
| ERS | UNSECURED | NOT FILED | .00 | .00 |
| KIDS CONNECTION | UNSECURED | NOT FILED | .00 | .00 |
| GENEVA EYE CLINIC | UNSECURED | NOT FILED | .00 | .00 |
| HOME DEPOT CREDIT SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| KCA FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NATIONAL CITY BANK | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS IN | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS IN | UNSECURED | NOT FILED | .00 | .00 |
| RMA | UNSECURED | NOT FILED | .00 | .00 |
| RMA | UNSECURED | NOT FILED | .00 | .00 |
| VALLEY EMERGENCY CARE | UNSECURED | 180.00 | .00 | 18.00 |
| VALLEY IMAGING CONSULTAN | UNSECURED | NOT FILED | .00 | .00 |

```
BASS & ASSOCIATES        UNSECURED      390.69              .00           39.07
WACHOVIA DEALER SERVICES UNSECURED    NOT FILED             .00             .00
PLANTERS CREDIT UNION    UNSECURED      372.12              .00           37.21
CITIFINANCIAL            UNSECURED    15172.93              .00         1517.29
WACHOVIA DEALER SERVICES UNSECURED     3722.43             .00          372.24
AFNI/VERIZON             UNSECURED      106.47             .00           10.65
```

Summary of disbursements:
--------------------------------------------------------------------------------

|                    | SECURED   | PRIORITY | UNSECURED | OTHER | TOTAL    |
|--------------------|-----------|----------|-----------|-------|----------|
| TOTAL CLMS ALLOWED | 30188.28  | .00      | 24637.00  | .00   | 54825.28 |
| PRINCIPAL PAID     | 30188.28  | .00      | 2463.70   | .00   | 32651.98 |
| INTEREST PAID      | 2015.97   | .00      | .00       | .00   | 2015.97  |
| TOTAL PAID         | 32204.25  | .00      | 2463.70   | .00   | 34667.95 |

The Debtor's attorney, JOHN C RENZI               , was allowed $  2520.00
and was paid $   500.00  direct and $  2020.00  through the plan.

The Trustee received $   1746.63 .

Refunds to the Debtor totaled $     5.42 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


Dated: 08/19/08              /S/
                          GLENN STEARNS
                          CHAPTER 13 TRUSTEE




                          PAGE  2
        CASE NO. 04 B 32466 JASON L WEST & AMY C WEST